DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JROK, INC.,** a New York corporation, and **JACQUELINE ROGERS,**
Appellants,

v.

**JENNIE K. SCAIFE,**
Appellee.

No. 4D18-2141

[January 9, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey D. Gillen, Judge; L.T. Case No. 502013CA006994.

Patrick S. Cousins of Cousins Law APA, West Palm Beach, and Alterraon Phillips of APLaw, Royal Palm Beach, for appellants.

Dane E. Leitner and Labeed A. Choudhry of Ward Damon PL, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***